UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MARK MCCLESKEY, *Trustee*, and INDIANA STATE COUNCIL OF PLASTERERS AND CEMENT MASONS HEALTH AND WELFARE AND PENSION FUNDS,<br><br>*Plaintiffs*,<br><br>vs.<br><br>JMY PLASTERING SPECIALIST LLC,<br><br>*Defendant*. | ) ) ) ) ) ) ) ) ) ) ) ) )  No. 1:21-cv-01830-JMS-TAB |

### FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58

Having entered default in favor of Plaintiffs Mark McCleskey, Trustee, and Indiana State Council of Plasterers and Cement Masons Health and Welfare and Pension Funds and against Defendant JMY Plastering Specialist LLC pursuant to Federal Rule of Civil Procedure 55(b), as determined in the Order entered on September 21, 2021, the Court now enters **FINAL JUDGMENT** pursuant to Federal Rule of Civil Procedure 58 in favor of Plaintiffs in the total amount of **$94,208.83**.

Date: 11/17/2021

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____

Deputy Clerk, U.S. District Court

**<u>Distribution via ECF only to all counsel of record</u>**

**<u>Distribution via United States Mail to:</u>**

JMY Plastering Specialist LLC
c/o. Its Registered Agent, Maria Elena Medina
16824 Heather Moor Dr.
St. Louis, MO 63034